ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 2 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SAMUEL CHAVEZ, ID # 929860,       )
        Petitioner,       )
vs.                               )       No. 3:04-CV-2242-M
                                  )       ECF
NATHANIEL QUARTERMAN, Director,   )
Texas Department of Criminal      )
Justice, Correctional Institutions Division,  )
        Respondent.       )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge; the objections raised thereto; the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge; and any objections thereto, and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge, as supplemented, are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 12th day of October, 2007.

UNITED STATES DISTRICT JUDGE